# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-2358
Lower Tribunal No. 2023-CA-010982

_____

EDWIN JOHN PICKETT,

Appellant,

v.

WATERMAN BROADCASTING CORPORATION,

Appellee.

_____

Appeal from the Circuit Court for Lee County.
James Shenko, Judge.

May 5, 2026

PER CURIAM.

AFFIRMED.

STARGEL, NARDELLA and MIZE, JJ., concur.


Colleen J. MacAlister, of Law Offices of Colleen J. MacAlister, P.A., Naples, for Appellant.

Iman Zekri, of Henderson, Franklin, Starnes & Holt, P.A., Fort Myers, and Douglas B. Szabo, of Boy Agnew Potanovic Miller, PLLC, Fort Myers, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED